# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO
### DENVER DIVISION

IN RE:  **Gerald Ray Nichols**                               CASE NO

                                                            CHAPTER   7

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

PART A -- Debts secured by property of the estate. (Part A must be fully completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)

---

**Property No.   1**

**Creditor's Name:**
Bank of America
PO Box 45224
Jacksonville, FL. 32232-5224
xxxxxxxxxx8381

**Describe Property Securing Debt:**
2000 Damon Challenger 310, 8cly, 4 dr, 45,360 mile

Property will be (check one):
[X] Surrendered    [ ] Retained

If retaining the property, I intend to (check at least one):
[ ] Redeem the property
[ ] Reaffirm the debt
[ ] Other. Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
[ ] Claimed as exempt    [ ] Not claimed as exempt

---

**Property No.   2**

**Creditor's Name:**
Caliber Home Loans
PO Box 619063
Dallas. TX. 75261-9063
xxxxxx4971

**Describe Property Securing Debt:**
1115 Russell St. Golden, CO 80401

Property will be (check one):
[ ] Surrendered    [X] Retained

If retaining the property, I intend to (check at least one):
[ ] Redeem the property
[ ] Reaffirm the debt
[X] Other. Explain (for example, avoid lien using 11 U.S.C. § 522(f)):
    Debtor will continue making payments to creditor without reaffirming.

Property is (check one):
[ ] Claimed as exempt    [ ] Not claimed as exempt

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO
### DENVER DIVISION

IN RE: **Gerald Ray Nichols**    CASE NO

CHAPTER **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
*Continuation Sheet No. 1*

---

**Property No. 3**

**Creditor's Name:**
Capital One
PO Box 30253
Salt Lake City, UT. 84130-0253
xxxxxxxxxxxx1689

**Describe Property Securing Debt:**
2012 Yamaha WR450 F

Property will be (check one):
☑ Surrendered    ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
☐ Claimed as exempt    ☐ Not claimed as exempt

---

**Property No. 4**

**Creditor's Name:**
Security Service Federal Credit Union
16211 La Cantera Prkwy
San Antonio, TX 78256
xxxxxx2021

**Describe Property Securing Debt:**
2013 Chevrolet Cruze Eco, 4cly, 4dr, 9,709 miles,

Property will be (check one):
☐ Surrendered    ☑ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☑ Other. Explain (for example, avoid lien using 11 U.S.C. § 522(f)):
   Debtor will continue making payments to creditor without reaffirming.

Property is (check one):
☐ Claimed as exempt    ☐ Not claimed as exempt

---

PART B -- Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO
### DENVER DIVISION

IN RE: **Gerald Ray Nichols**  CASE NO

CHAPTER  **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
*Continuation Sheet No. 2*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>Verizon Wireless<br>10734 International Dr.<br>Rancho Cordova, CA 95670 | **Describe Leased Property:**<br>Cellular service | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES ☑      NO ☐ |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  3/25/2014            Signature  /s/ Gerald Ray Nichols
                                      *Gerald Ray Nichols*

Date _____       Signature _____